IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : CASE NO. 3:17MJ161

vs. :

COCO COCHRAN :

---

ORDER UNSEALING CRIMINAL COMPLAINT, SUPPORTING
AFFIDAVIT AND ARREST WARRANT

---

IT IS HEREBY ORDERED that the Criminal Complaint, Supporting Affidavit and Arrest Warrant sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: 4/26/17

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE